# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**CHERRI LYNN BROWN**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:06CR00095-001**

MELODY WALCOTT
Defendant's Attorney

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charge(s) 1, 2, and 3 as alleged in the violation petition filed on 4/8/2008 .
[✔]  was found in violation of condition(s) of supervision as to charge(s) 1, 2, and 3 after denial of guilt, as alleged in the violation petition filed on 4/8/2008 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| ONE | FAILURE TO REPORT | 3/14/2008 |
| TWO | FAILURE TO NOTIFY THE PROBATION OFFICER OF CHANGE OF RESIDENCE AND EMPLOYMENT | |
| THREE | FAILURE TO NOTIFY PROBATION OFFICER OF ARREST WITHIN 72 HOURS | 3/10/2008 |

The court: [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on ___ .

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

8/18/2008
Date of Imposition of Sentence

/s/ ANTHONY W. ISHII
Signature of Judicial Officer

**ANTHONY W. ISHII**, United States District Judge
Name & Title of Judicial Officer

8/26/2008
Date

| | |
|---|---|
| CASE NUMBER: 1:06CR00095-001 | Judgment - Page 2 of 2 |
| DEFENDANT: CHERRI LYNN BROWN | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 4 MONTHS with no follow-up supervision.

[✔]   The court makes the following recommendations to the Bureau of Prisons:
         The recommends the institution at Dublin, California.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
         [ ] at ___ on ___.
         [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
         [ ] before _ on ___.
         [ ] as notified by the United States Marshal.
         [ ] as notified by the Probation or Pretrial Services Officer.
         If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

         Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                                                                          _____
                                                                                          UNITED STATES MARSHAL

                                                                                    By   _____
                                                                                          Deputy U.S. Marshal